241 So.2d 528

Carol MONJURE

v.

ARGONAUT INSURANCE COMPANIES.

No. 50974.

Dec. 14, 1970.

 Under the facts found by the Court of Appeal, there is no error of law.

241 So.2d 528

STATE of Louisiana ex rel. Donald Henry EARL

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.

No. 51010.

Dec. 14, 1970.

 The trial court ruling is correct.